# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154462(69)

LARRY ELVIN,
   Plaintiff-Appellee,

v

KARL GUBERT, DVM,
   Defendant-Appellant.

_____/

SC: 154462
COA: 326563; 326566
Lapeer CC: 11-044707-NM

  On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on January 4, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2017



Clerk